IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CORY W. GOECKS,

    Plaintiff,

v.

SCOTT E. PEDLEY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-351-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting defendant Scott E. Pedley's motion for summary judgment and dismissing this case.

_____      _____8/19/10_____
Peter Oppeneer, Clerk of Court                        Date